FILED

12/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0308

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0308

_____

IN RE THE MARRIAGE OF:

KAREN M. MYERS,

     Petitioner and Appellant,

  v.

ROBERT N. MYERS, JR.,

     Respondent and Cross-Appellant.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable David Cybulski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 2 2020